# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**AICHA GHORZI** and **MIKE DIOMANDE,**
Appellants,

v.

**NICOLE WALTER** and **STEVEN WALTER,**
Appellees.

No. 4D2023-1013

[November 30, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 502022CA002416.

Aicha Ghorzi and Mike Diomande, Boca Raton, pro se.

Scott B. Chapman, Andrew M. Schwartz, and Sanjiv G. Patel of Andrew M. Schwartz, P.A., d/b/a Andrew M. Schwartz Legal Team, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***